

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-18-00133-CV

**IN THE MATTER OF S.T.**,

From the County Court at Law, Starr County, Texas
Trial Court No. JV-17-035
Honorable Romero Molina, Judge Presiding

# O R D E R

 Appellee's brief was due August 10, 2018. Neither the brief nor a motion for extension of time has been filed. We **order** appellee's brief due **August 27, 2018**. If the brief is not filed by the date ordered, we may order the case submitted without an appellee's brief.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2018.

KEITH E. HOTTLE,
Clerk of Court